v.

**WASHINGTON UNIVERSITY,
Defendant/Respondent.**

**No. ED 80259.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 29, 2002.

Michael A. Gross, Stephen M. Ryals,
Ryals & Soffer, P.C., St. Louis, MO, for
appellant.

Robert T. Haar, Haar & Woods, LLP,
Susan E. Bindler, St. Louis, MO, for re-
spondent.

Before WILLIAM H. CRANDALL,
JR., P.J., KATHIANNE KNAUP
CRANE, J. and ROBERT G. DOWD, JR.,
J.

*ORDER*

PER CURIAM.

Plaintiff appeals the summary judgment
of trial court in defendant's favor. The
trial court's judgment is supported by sub-
stantial evidence and is not against the
weight of the evidence. No error of law
appears. *Murphy v. Carron,* 536 S.W.2d
30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts
and restating the principles of law would
have no precedential value. However, the
parties have been furnished with a memo-
randum opinion for their information only,
setting forth the facts and reasons for this
order.

The judgment is affirmed in accordance
with Rule 84.16(b).